Ennis-Bayard Petroleum Company, appellant, v. M. A. Macomber
and Fred H. Yaley, trading as Crystal Wax Company, appellees. Gen.
No. 26,863.

Action for the amount of allowance on a purchase of wax. Judg-
ment for plaintiff on its claim and against it on a claim of set-off.
Appeal by plaintiff. Appeal from the Municipal Court of Chicago;
the Hon. John Richardson, Judge, presiding. Heard in this court
at the March term, 1921. Affirmed. Opinion filed June 26, 1922.
Rehearing denied July 10, 1922.

Exselsen & Peacock, for appellant; Ernest Peacock and S. Ashley

Guthrie, of counsel. Warren Pease and Claude J. Dalenberg, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.